■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIMEN POMALES, Also Known as JAIME POMALES, Appellant.

[38 NYS3d 476]—Appeal from a judgment of the Monroe County Court (Douglas A. Randall, J.), rendered December 3, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed for reasons stated in the decision at suppression court. Present—Peradotto, J.P., Carni, DeJoseph, NeMoyer and Curran, JJ.